RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Murrell Vailes

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MURRELL VAILES,<br><br>    Defendant. | Case No. 2:22-cr-00104-JAD-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR OBJECTIONS TO REPORT AND RECOMMENDATION**<br>(First Request)<br><br>ECF Nos. 38, 40 |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Murrell Vailes, that the objections to report and recommendation currently due on January 20, 2023, be vacated and continued for thirty (30) days, to February 21, 2023.[1]

This Stipulation is entered into for the following reasons:

---

[1] 30 days from January 20, 2023, is Sunday, February 19, 2023. Monday, February 20, 2023, is a federal holiday (President's Day). Tuesday, February 21, 2023, is the next business day.

1. Counsel for the defendant is out of the country next week, January 16-20, 2023.

2. Counsel for the defendant and counsel for the government have a trial set to begin on February 13, 2023.

3. The time requested will allow counsel for the defendant to file her objections and counsel for the government to file her response while allowing both parties to adequately prepare for their upcoming trial.

4. The defendant is incarcerated and does not object to a continuance.

5. The parties agree to the continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED: January 9, 2023.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Joanne L. Diamond*  
By_____  
JOANNE L. DIAMOND  
Assistant Federal Public Defender

JASON M. FRIERSON  
United States Attorney

*/s/ Bianca R. Pucci*  
By_____  
BIANCA R. PUCCI  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00104-JAD-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| MURRELL VAILES, | |
| Defendant. | |

Based on the Stipulation of counsel [40] and good cause appearing, IT IS THEREFORE ORDERED that the deadline for filing objections to the report and recommendation [38] is CONTINUED to February 21, 2023.

DATED this 23rd day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE

3