UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00104-JAD-BNW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| MURRELL VAILES, | ECF No. 44 |
| Defendant. | |

Based on the Stipulation of counsel [44] and good cause appearing, IT IS THEREFORE ORDERED that the objections to report and recommendation [38] currently due on February 21, 2023 be vacated and continued to April 24, 2023.

DATED this 9th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE