**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00104-JAD-BNW |
| Plaintiff, | |
| v. | **ORDER on Stipulation for Extension of Time (Third Request)** |
| MURRELL VAILES, | |
| Defendant. | [ECF No. 55] |

    Based on the Stipulation of counsel (ECF 55) and good cause appearing, IT IS THEREFORE ORDERED that the objections to report and recommendation (ECF 38) currently due on June 8, 2023 (ECF No. 51) be vacated and continued to July 21, 2023.

    DATED this  25th   day of May 2023

    _____
    UNITED STATES DISTRICT JUDGE

3