# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00104-JAD-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| MURRELL VAILES, | **ECF No. 57** |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing, IT IS THEREFORE ORDERED that the trial briefs, proposed voir dire questionnaires, proposed jury instructions, and a list of the Government and Defendant's prospective witnesses must be electronically submitted to the Court by noon on September 18, 2023.

DATED this 16th day of June 2023

_____
UNITED STATES DISTRICT JUDGE