# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-104-JAD-BNW |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| MURRELL VAILES, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(B) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1), 853(a)(2), and 853(p); 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Murrell Vailes to the criminal offenses, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Murrell Vailes pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 49; Change of Plea, ECF No. 67; Plea Agreement, ECF No. 68; Preliminary Order of Forfeiture, ECF No. 70.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 10, 2023, through December 9, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 71-1, p. 5.

This Court finds the United States notified known third parties of their right to petition the Court by regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 72.

On November 21, 2023, the United States Attorney's Office attempted to serve Nakia Foster at Unit 2132 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail and certified mail were both returned as forward time expired. Notice of Filing Service of Process – Mailing, ECF No. 72-1, p. 3-16.

On November 21, 2023, the United States Attorney's Office served Nakia Foster at Unit 2115 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 72-1, p. 3-12, 17-18.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(B) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1), 853(a)(2), and 853(p); 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c); 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1.   $12,500;

2.   a Pioneer Arms Sporter 7.62 caliber rifle, bearing serial number PAC1157285;

3.   a Pioneer Arms 7.62 caliber pistol, bearing serial number PAC1158347;

4.    a Taurus G2C 9 mm pistol, bearing serial number ACK406978;

5.    a Taurus G2C 9mm pistol, bearing serial number ACK407004;

6.    a Glock GMBH, model 17, 9mm pistol, bearing serial number ABPX445, with an extended high-capacity magazine;

7.    a Romarm/Cugir, Model Micro Draco, 7.62 caliber pistol, bearing serial number 21PMD-24219;

8.    a Taurus G2C 9mm pistol, bearing serial number ACG036249;

9.    an ABC Rifle Company, Model ABC-15, multi-caliber rifle, serial number 77-6654; and

10.    any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Murrell Vailes, Nakia Foster, and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

3/20/24

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE