# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | Case No.: 2:22-cr-00104-JAD-BNW |
|---|---|
| Plaintiff/respondent | **Order Directing Response and Setting Briefing Schedule** |
| v. | |
| Murrell Vailes, | |
| Defendant/petitioner | |

Defendant Murrell Vailes filed a 28 U.S.C. § 2255 petition, arguing that his sentence should be vacated or reduced. A response from the government appears warranted.

IT IS THEREFORE ORDERED that the government must file a response to Vailes's petition by Monday, April 21, 2025. Vailes will then have 21 days from service of the answer to file a reply.

Dated: March 20, 2025

_____
U.S. District Judge Jennifer A. Dorsey